IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | No. C 06-07090 WHA |
| Applicant, | |
| v. | **ORDER TO SHOW CAUSE** |
| SERVICE EMPLOYEES INTERNATIONAL UNION — UNITED HEALTHCARE WORKERS WEST; CAROL BLACK, | |
| Respondents. | |

By **DECEMBER 21, 2006**, respondents must file an answer showing cause why applicant's application for order requiring obedience to subpoena duces tecum and subpoena ad testificandum should not be granted. Any reply by applicant will be due by **DECEMBER 28, 2006.** A hearing on the application will be held at **8:00 A.M.** on **JANUARY 11, 2007**.

Applicant should immediately serve upon respondents a copy of this order, the application upon which it is issued, the applicant's memorandum in support of the application for order requiring obedience to subpoena duces tecum and subpoena ad testificandum, the proposed findings of fact and conclusions of law, and the proposed order requiring obedience to subpoena duces tecum and subpoena ad testificandum. Such service should be made in accordance with the Federal Rules of Civil Procedure and proof of such service must be filed with the Court.

Dated: December 4, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE